```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiffs
 5
 6
 7
 8              UNITED STATES DISTRICT COURT
 9              NORTHERN DISTRICT OF CALIFORNIA
10
11  BOARD OF TRUSTEES OF THE NORTHERN   )   NO.  C 05 3975 JL
    CALIFORNIA FLOOR COVERING, et al.,  )
12                                      )   ORDER TO CONTINUE CASE
                       Plaintiffs,      )   MANAGEMENT CONFERENCE
13                                      )
                vs.                     )
14                                      )
    CARPET DIMENSION, INC., etc.,       )
15                                      )
                       Defendant.       )
16  _____ )
17       IT IS ORDERED that the Case Management Conference in this
18  case set for February 1, 2006 be continued to April 5, 2006 at 10:30
19  a.m. in Courtroom F, 15th Floor, San Francisco.
20  Dated: January 25, 2006
                                        _____
21                                      Honorable James Larson
```

IT IS SO ORDERED
Judge James Larson

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE